JUDGE MARRERO

08 CV 6234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

    Plaintiff,

- v. -

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

------------------------------------------------------------x

Civ. No. _____

RECEIVED
JUL 10 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc. submits that it is a non-profit corporation with no outstanding shares or debt securities in the hands of the public and that it does not have any parents, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated: July 10, 2008
    New York, NY

                           Respectfully submitted,

                            */s/ Nancy S. Marks*
                            Nancy S. Marks
                            Natural Resources Defense Council, Inc.
                            40 West 20th Street
                            New York, NY 10011
                            Phone: (212) 727-2700
                            Fax:   (212) 727-1773

                            Counsel for Plaintiff Natural Resources Defense Council, Inc.