UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

-------------------------------------------------------------------x

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

      Plaintiff,

 - v. -

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Defendant.

-------------------------------------------------------------------x

Civ. No. 08-6234

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Nancy S. Marks, attorney for Natural Resources Defense Council, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    Selena K. Kyle
    Firm name:    Natural Resources Defense Council, Inc.
    Address:    111 Sutter Street, 20th Floor
    City/State/ZIP:    San Francisco, CA 94104-4540
    Phone:    (415) 875-6100
    Fax:    (415) 875-6161

is admitted to practice *pro hac vice* as counsel for Plaintiff Natural Resources Defense Council, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at ecf.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 24 July 2008

                                                Hon. Victor Marrero
                                                United States District Judge