SCANNED (7/27/08)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
JUL 2 5 2008
S.D. OF N.Y.

------------------------------------------------------------x

NATURAL RESOURCES DEFENSE COUNCIL, INC.,    :

        Plaintiff,    :    Civ. No. 08-6234

        - v. -    :    **MOTION TO ADMIT**
            :    **COUNSEL**
UNITED STATES ENVIRONMENTAL PROTECTION    :    ***PRO HAC VICE***
AGENCY,    :

        Defendant.    :

------------------------------------------------------------x

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Nancy S. Marks, a member in good standing of

the bar of this court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Selena K. Kyle |
| Firm name: | Natural Resources Defense Council, Inc. |
| Address: | 111 Sutter Street, 20th Floor |
| City/State/ZIP: | San Francisco, CA 94104-4540 |
| Phone: | (415) 875-6100 |
| Fax: | (415) 875-6161 |

Selena K. Kyle is a member in good standing of the California Bar and the United States

District Court for the Northern District of California.

There are no pending disciplinary proceedings against Selena K. Kyle in any State or

Federal court.

An affidavit in support of Ms. Kyle's admission; a certificate of good standing for Ms.

Kyle; and a proposed order admitting Ms. Kyle *pro hac vice* are submitted with this Motion.

//

Dated: July 22, 2008
      New York, NY

Respectfully submitted,

*nancy S Manks*

Nancy S. Marks (NM 3348)
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
Phone: (212) 727-2700
Fax:    (212) 727-1773

Counsel for Plaintiff Natural Resources Defense
Council, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
NATURAL RESOURCES DEFENSE COUNCIL, INC.,    :
:
        Plaintiff,    :    Civ. No. 08-6234
:
   - v. -    :
:    **AFFIDAVIT OF**
UNITED STATES ENVIRONMENTAL PROTECTION    :    **NANCY S. MARKS**
AGENCY,    :    **IN SUPPORT OF**
:    **MOTION TO ADMIT**
        Defendant.    :    **COUNSEL**
:    ***PRO HAC VICE***
---------------------------------------------------------------------x

State of New York    )
              )   ss:
County of New York  )

        Nancy S. Marks, being duly sworn, hereby deposes and says as follows:

1.     I am a senior attorney at the Natural Resources Defense Council, Inc., Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Selena K. Kyle as counsel *pro hac vice* to represent Plaintiff in this matter.

2.     I am a member in good standing of the bars of the State of New York (admitted 1987) and the Commonwealth of Massachusetts (admitted 1984). I was also admitted to the bar of the United States District Court for the Southern District of New York, and am now in good standing with this Court.

3.     I first met Selena K. Kyle in 2006 and am familiar with her legal practice.

4.     Selena K. Kyle is Koob Legal Fellow at the Natural Resource Defense Council's office in San Francisco, CA. Ms. Kyle is a member in good standing of the California Bar and the United States District Court for the Northern District of California. There are no disciplinary proceedings pending against Ms. Kyle in state or federal court. A certificate of good standing for Ms. Kyle is attached as Exhibit A to this affidavit.

5.     I have found Selena K. Kyle to be a competent attorney and person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.     Accordingly, I am pleased to move for the admission of Selena K. Kyle, *pro hac vice*.

WHEREFORE, it is respectfully requested that the motion to admit Selena K. Kyle, *pro hac vice*, to represent Plaintiffs in the above-captioned matter, be granted.

1

Dated: July 22, 2008
       New York, NY

Notarized:

_Sharon Hargrove_ (signature)

SHARON HARGROVE
Notary Public, State of New York
No. 01HA6150863
Qualified in New York County
Commission Expires Aug. 7, 2010

Respectfully submitted,

_Nancy S. Marks_ (signature)

Nancy S. Marks (NM 3348)
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY  10011
Phone: (212) 727-2700
Fax:    (212) 727-1773

Counsel for Plaintiff Natural Resources Defense
Council, Inc.

**EXHIBIT A**

**CERTIFICATE OF GOOD STANDING FOR SELENA K. KYLE**

# Certificate of Good Standing

United States of District Court )
)  ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Selena Katherine Kyle, Bar No. 246069** was duly admitted to practice in said Court on **January 8, 2007**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on July 15, 2008

_____
Richard W. Wieking
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natural Resources Defense Council

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

United States Environmental Protection Agency

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**08 Civ. 6234(VM)**

**AFFIRMATION OF SERVICE**

I, _____Elaina C. De Meyere_____, **declare under penalty of perjury** that I have
*(name)*

served a copy of the attached _____Motion to Admit Counsel PRO HAC VICE_____
*(document you are serving)*

upon United States Environmental Protection Agency, whose address is _____
*(name of person served)*

_____1200 Pennsylvania Avenue, N.W., Washington DC, 20460_____
*(where you served document)*

by _____USPS overnight express mail_____
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: _New York_ , _NY_
        *(town/city)*   *(state)*

        _July_ _23_ , 20_08_
        *(month)* *(day) (year)*

_____
*Signature*

_40 West 20th Street_
*Address*

_New York, NY_
*City, State*

_10011_
*Zip Code*

_(212) 727-4406_
*Telephone Number*

*Rev. 05/2007*

EXHIBIT A

PROPOSED ORDER FOR ADMISSION PRO HAC VICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                               :

NATURAL RESOURCES DEFENSE COUNCIL, INC.,  :

                               :

            Plaintiff,                :     Civ. No. 08-6234

                               :

     - v. -                       :     **[PROPOSED]**

                               :     **ORDER FOR**

UNITED STATES ENVIRONMENTAL PROTECTION  :     **ADMISSION**

AGENCY,                          :     ***PRO HAC VICE***

                               :     **ON WRITTEN**

           Defendant.            :     **MOTION**

                               :
---------------------------------------------------------------------x

Upon the motion of Nancy S. Marks, attorney for Natural Resources Defense Council, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

                  Applicant's Name:    Selena K. Kyle
                  Firm name:          Natural Resources Defense Council, Inc.
                  Address:             111 Sutter Street, 20th Floor
                  City/State/ZIP:      San Francisco, CA 94104-4540
                  Phone:              (415) 875-6100
                  Fax:                (415) 875-6161

is admitted to practice *pro hac vice* as counsel for Plaintiff Natural Resources Defense Council, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at ecf.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

                                      _____

                                      Hon. Victor Marrero
                                      United States District Judge