

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

August 7, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08
```

**BY FACSIMILE (212) 805-6382**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

Re: <u>Natural Res. Defense Council, Inc. v. EPA</u>,
    08 Civ. 6234 (VM)

Dear Judge Marrero:

    I write respectfully on behalf of Defendant the Environmental Protection Agency to request a three-week extension of time, from the current deadline of Monday, August 11, 2008 to Tuesday, September 2, 2008, to answer or otherwise respond to the complaint in the above-referenced Freedom of Information Act action. I request this extension of time in order to provide additional materials to Plaintiff, which may impact whether the suit will proceed. No previous extensions have been requested or granted in this matter.

    I have spoken by telephone with Plaintiff's counsel, Ms. Selena Kyle, and she has consented to this extension.

    I thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 9-2-08.

SO ORDERED.

8-7-08
DATE    VICTOR MARRERO, U.S.D.J.

cc: <u>BY FACSIMILE</u>
SELENA K. KYLE, ESQ.
Natural Resources Defense Council, Inc.
111 Sutter St., 20th floor
San Francisco, CA 94104
Fax (415) 875-6161