UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
NATURAL RESOURCES DEFENSE COUNCIL, INC.,   :
:
      Plaintiff,   :   Civ. No. 08-6234
:
  - v. -   :   **NOTICE OF**
:   **APPEARANCE**
UNITED STATES ENVIRONMENTAL PROTECTION   :   **AND REQUEST**
AGENCY,   :   **FOR**
:   **ELECTRONIC**
      Defendant.   :   **NOTIFICATION**
:
------------------------------------------------------------------------x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney, Selena K. Kyle, respectfully requests the Clerk to note her appearance in this case as counsel for Plaintiff Natural Resources Defense Council, Inc., and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. The Court granted Ms. Kyle's motion to appear *pro hac vice* in this case on July 24, 2008. *See* Doc. No. 4 (electronically docketed July 25, 2008).

Dated:  August 12, 2008
         San Francisco, CA

                                    Respectfully submitted,

                                    /s/ Selena K. Kyle
                                    Selena K. Kyle (California Bar No. 246069)
                                    Natural Resources Defense Council, Inc.
                                    111 Sutter Street, 20th Floor
                                    San Francisco, CA 94110-1131
                                    Phone: (415) 875-6100
                                    Fax:   (415) 875-6161

                                    Counsel for Plaintiff