

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 28, 2008

**BY FACSIMILE (212) 805-6382**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRON
> DOC #:
> D \_\_ 8-28-08

Re: Natural Res. Defense Council, Inc. v. EPA,
08 Civ. 6234 (VM)

Dear Judge Marrero:

We write respectfully on behalf of both parties to the above-referenced litigation to request a further three-week extension of time, from the current deadline of Tuesday, September 2, 2008 to Tuesday, September 23, 2008, for Defendant Environmental Protection Agency to answer or otherwise respond to the complaint in this Freedom of Information Act action. We request this extension of time jointly in order to permit the parties to explore whether the matter can be resolved consensually. The Court has previously granted Defendant's request for a three-week extension of this deadline.

We thank the Court for its consideration of this matter.

Respectfully,

SELENA K. KYLE, ESQ.
Natural Resources Defense Council, Inc.

111 Sutter St., 20th floor
San Francisco, CA 94104
Telephone: (415) 875-6158
Facsimile: (415) 875-6161

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

> Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 9-23-08.
>
> SO ORDERED.
>
> 8-28-08
> DATE          VICTOR MARRERO, U.S.D.J.